JEANNETTE BORENSTEIN, Appellant, v. DAVID BORENSTEIN and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion to amend the judgment granted to the extent of increasing the amount awarded to plaintiff for her attorneys' fees, pursuant to section 276-a of the Debtor and Creditor Law, to the sum of $1,000.

Appeal from judgment dismissed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [171 Misc. 697.]